944 F.2d 896
 Bosa (Richard P.)
v.
Board of Commissioners, Montgomery County, Pennsylvania,
District Attorney of Montgomery County, Pa., Sheriff's
Department, Montgomery County, Pa., Security Dept.,
Montgomery County Courthouse, Montgomery County Emergency
Service, Norristown, Pa., Gold-Bikin (Lynne Z.), Devlin
(Diane), Newman (Amy) of Gold-Bikin-Devlin Associates,
Norristown, Kramer (Mitchell), Greenbaum (Robert), Steingard
(Steven), of Mitchell, Kramer and Associates, Philadelphia, Pa.
 NO. 90-1510
 United States Court of Appeals,
Third Circuit.
 AUG 27, 1991
 
 Appeal From: E.D.Pa.,
 McGlynn, J.
 
 
 1
 RELIEF DENIED, AFFIRMED.